In the Matter of CHARLES E. GILL, Judgment-Creditor-Appellant, against ARTHUR SCHWARTZ, Judgment-Debtor-Respondent, et al., Judgment Debtors. AMERICAN LIME CORPORATION, Third-Party Respondent.

Submitted January 3, 1950; decided January 5, 1950.

*Murray Post* for motion.

No one opposed.

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days from the date of this order appellant serves and files the undertaking on appeal and pays $10 costs, and within twenty days from the date of this order appellant files the required record on appeal, in which events the motion is denied.